## Peck v. Schenck.

*Bailment — pledge of bond — rights of pledgee.*

The father of L. gave to L. his bond for $1,400, payable after the obligor's death. Upon the pledge of this bond plaintiff advanced L. $300, L. giving his note payable one day after date. After this L. first and then his father died, L. having failed to redeem the bond. *Held,* that plaintiff was entitled to recover its whole amount from the estate of the father and account to the estate of L. for the balance remaining after payment of the note of L.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the report of a referee.

The action was brought by Samuel Peck against Amelia Schenck, executrix, etc., of John P. Schenck, deceased, to recover the amount of a bond for $1,400, executed by the testator to his son Linneas, and which had been placed in plaintiff's hands as security for a loan of $300.

*H. H. Hustis,* for appellant.

*J. L. Williams,* for respondent.

BARNARD, P. J.

The head-note states fully the only point passed upon in the opinion.

*Judgment affirmed.*